UNITED STATES of America,
Plaintiff-Appellee,

v.

William Judson SHIMA,
Defendant-Appellant.

No. 76–1778.

United States Court of Appeals,
Fifth Circuit.

April 26, 1977.

Tom S. McCorkle, Jr., Dallas, Tex. (Court-Appointed), for defendant-appellant.

Michael P. Carnes, U. S. Atty., John W. Sweeney, Jr., Asst. U. S. Atty., Fort Worth, Tex., Judith A. Shepherd, Asst. U. S. Atty., Dallas, Tex., for plaintiff-appellee.

Before BROWN, Chief Judge, and THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, MORGAN, CLARK, RONEY, GEE, TJOFLAT, HILL and FAY, Circuit Judges.

BY THE COURT:

A majority of the Judges in active service, on the Court's own motion, having determined to have this case, 545 F.2d 1026, reheard en banc

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

James P. KNIGHT, Jr., and Annie Lou Knight, Plaintiffs-Appellees,

v.

UNITED STATES of America,
Defendant-Appellant.

No. 75–3172.

United States Court of Appeals,
Fifth Circuit.

April 27, 1977.

Robert E. Hauberg, U. S. Atty., Joseph E. Brown, Jr., Asst. U. S. Atty., Jackson, Miss., Scott P. Crampton, Asst. Atty. Gen., Gary R. Allen, William S. Estabrook, III, Tax Div., U. S. Dept. of Justice, Gilbert E. Andrews, Chief, App. Sec., U. S. Dept. of Justice, Washington, D. C., for defendant-appellant.

James P. Knight, Jr., pro se.

Before WISDOM, GEE and FAY, Circuit Judges.

PER CURIAM:

This appeal by the government raises the question whether the district court erred in holding that the excess contribution that the court found was made to taxpayer's profit sharing plan trust in 1969 was not "willfully made" within the meaning of Section 401(e)(2)(E) of the Internal Revenue Code of 1954. We adopt Judge Russell's opinion below, S.D.Miss.1975, 395 F.Supp. 1, and for the reasons stated therein, AFFIRM.